UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BERNSLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE, BARCLAYS BANK PLC, and DOES 1 THROUGH 50,<br><br>    Defendant. | Case No. 2:22-cv-07592-SVW-MAA<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint filed: September 7, 2022<br>FAC Complaint Filed: Nov. 1, 2022<br>Judge Stephen V. Wilson<br>Hon. Mag. Maria A. Audero |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS**

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (the "Joint Motion").  Pursuant to the Joint Motion, it is ORDERED that this case and all claims asserted therein are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii).

Dated: June 5, 2023

_____
HON. JUDGE STEPHEN V. WILSON